IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

GIBSON GUITAR CORP.            )
                               )
v.                             ) NO. 3:05-0523
                               ) JUDGE CAMPBELL
ELDERLY INSTRUMENTS, INC.      )

ORDER

Pending before the Court is Gibson Guitar Corporation's ("Gibson") Motion to Dismiss Second Amended Counterclaim (Docket No. 86). For the reasons stated in the accompanying Memorandum, Gibson's Motion is GRANTED, and the Second Amended Counterclaim is DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE