IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

GIBSON GUITAR CORP.            )
                               )
v.                             ) NO. 3:05-0523
                               ) JUDGE CAMPBELL
ELDERLY INSTRUMENTS, INC.      )

ORDER

Pending before the Court, among other things, is Defendant's Motion for an Order to Stay Proceedings Pending Arbitration (Docket No. 147). For the reasons stated in the accompanying Memorandum, Defendant's Motion is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE